COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Samuel C. Ward, Jr.
Attorney at Law
660 Saint Ferdinand Street
Baton Rouge LA 70802

**REHEARING ACTION: October 21, 2009**

**Docket Number: 09   00864-KW**

**STATE OF LOUISIANA
VERSUS
ELLIOT LAPRARIE**

**Writ Application from Avoyelles Parish Case No. 148,817**

**BEFORE JUDGES:**

   **Hon. Marc T. Amy
   Hon. Billy Howard Ezell
   Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Elliot Laprarie** has this day been

   **GRANTED**: Upon the showing made, counsel for defendant has proved that
   he did not receive notification of the return date originally set by the court,
   and that upon learning of the date, he immediately requested a thirty-day
   extension from the trial court, which was granted. His original application to
   this court was filed within the thirty-day extended period, and will therefore be
   considered by this court.

cc: Hon. Charles A. Riddle  III, Counsel for  the Respondent
    David Edwin Lafargue, Counsel for  the Respondent